# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142710 & (11)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DONALD RAY GRAHAM,
        Defendant-Appellant.

SC: 142710
COA: 301370
Wayne CC: 08-012416-FC

_____/

On order of the Court, the application for leave to appeal the January 28, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

               Clerk

y0829